UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MAURICE D. YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-08-260-B-W |
| | ) | |
| MAINE DEPARTMENT OF CORRECTIONS, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On September 15, 2007, the Magistrate Judge filed a joint Order and Recommended Decision.  *Order Granting Mot. to Proceed In Forma Pauperis and Recommended Decision* (Docket # 6).  The Magistrate Judge granted Maurice Young's motion for leave to proceed *in forma pauperis* and recommended the Court dismiss Mr. Young's civil complaint.  Mr. Young has failed to file a timely objection, and therefore has waived his right to *de novo* review under Federal Rule of Civil Procedure 72(b).  Fed. R. Civ. P. 72(b).  Despite Mr. Young's waiver, the Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; it has made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision, and concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determines that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (Docket # 6) is hereby AFFIRMED.

2. It is further ORDERED that Count I of the Complaint (Docket # 1), alleging a federal civil rights violation, be and hereby is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

3. It is further ORDERED that Count II of the Complaint (Docket # 1), alleging negligence, be and hereby is DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).[1]

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 8th day of October, 2008

---

[1] The dismissal without prejudice is not a ruling on the merits of the lawsuit. It is a jurisdictional decision and does not affect Mr. Young's right, if he should choose to exercise it, to file a negligence suit in state court.